82,774-01

To Whom this may concern,                                    April 13, 2015

Re: Cause No. WR-82,774-01, Ex Parte Victoria Harris, in the Court of Criminal Appeals

I am writing in regards to, very needed, updated information on my writ of Habeas Corpus. I recently recieved notification addressed from Clerk-Abel Acosta stating that the court has denied without written order the application for writ of Habeas Corpus on the findings of the trial court without a hearing.

I'm a little confused due to the fact of me having to duplicate the entire application because the intial writ was never recieved I sent the intial writ application to Lubbock County District Clerk on 09/08/2014, but never recieved any acknowledgement that it had been filed in the court of Appeals, let alone recieved. Being concerned I sent a letter asking for any verification and/or update on the process of my 11.07 application. I then recieved a notice saying that the 11.07 application was never recieved and if I wanted to file the application there was a blank application enclosed. At that time I recopied the intial information on the application sent to me and had it resent certified mail to be sure of acceptance and able to track if need be. I did recieve notification in Jan. 2015 that the Habeas Corpus 11.07 application was filed. I never sent nor asked for a supplement to be filed.

There is some confusion to what my last notification is stating. Would you please be kind enough to specify and/or elaborate on the most recent notification so I can be sure of what exactly is being said. I would like to thank you for your time and consideration.

Sincerely,

Victoria J. Harris

Victoria Harris 14118368
Lane Murray
1916 N. Hwy 36 Bypass
Gatesville, TX 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 16 2015

Abel Acosta, Clerk